UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Direct Niche, LLC, a Minnesota
limited liability company,                             Case No. _____

    Plaintiff,

  vs.

VIA VAREJO S/A,                                       COMPLAINT: DECLARATORY RELIEF
of São Caetano do Sul,                                DEMAND FOR JURY TRIAL
São Paulo, Brazil

## COMPLAINT AND JURY DEMAND

### INTRODUCTION

1. Plaintiff, Direct Niche, LLC (herein "Plaintiff" or "DirectNiche") brings this action to prevent the transfer of a domain, <casasbahia.com> (herein "the DOMAIN") to Defendant VIA VAREJO S/A (herein "Defendant" or "VIA VAREJO"), and to obtain a declaration of lawful use of the domain name under the Anti-Cybersquatting Consumer Protection Act ("ACPA"), 15 U.S.C. § 1114 (2)(D), and the Federal Declaratory Judgment Act, 28 U.S.C. § 2201. By its Complaint, Plaintiff seeks declaratory relief, as set forth below, to establish that its registration and use of the domain name <casasbahia.com> is not unlawful under the Lanham Act (15 U.S.C. § 1051 et. Seq.) and that it is the rightful and proper owner of said domain name. Subject matter jurisdiction is also proper under 28 U.S.C. § 1331, § 1338 and § 2201 and 15 U.S.C. § 1121 because this action involves a federal question arising under 15 U.S.C. § 1114(2)(D)(iv) and (v), and 15 U.S.C. § 1125(d). Plaintiff also seeks to prevent the transfer of the <casasbahia.com> Domain Name to Defendant, which were ordered in an

1

administrative panel decision notified on October 26, 2015 under the Uniform Domain Name Dispute Policy ("UDRP"), as prescribed by of the Internet Corporation for Assigned Names and Numbers ("ICANN"), in a proceeding before the World Intellectual Property Organization ("WIPO") Case No. D2015-1304.

## PARTIES

2. Plaintiff Direct Niche, LLC is a Minnesota limited liability company with its principal place of business in St Louis Park, Minnesota. Plaintiff is a citizen of Minnesota.

3. Plaintiff is informed and believes and based thereupon alleges that Defendant VIA VAREJO S/A is a Brazilian corporation, with its principal places of business in São Paulo, Brazil.

## JURISDICTION AND VENUE

4. Subject matter jurisdiction is proper under 28 U.S.C. § 1331, § 1338 and § 2201 and 15 U.S.C. § 1121 because this action involves a federal question arising under 15 U.S.C. § 1114(2)(D)(iv) and (v), and 15 U.S.C. § 1125(d).

5. Venue is proper in the Southern District of Florida under 28 U.S.C. § 1391(b) and § 1391(c)(2). Additionally, venue and jurisdiction are proper in the Southern District of Florida, because the Defendant agreed to litigate any disputes arising out of the decision entered by WIPO in accordance with the terms of the UDRP. Specifically, Defendant has agreed to this Court's jurisdiction as stated in Section IX ¶ 66 of the UDRP Complaint. Section ¶ 3(b)(xiii) of the UDRP Rules provides that "Complainant [here Defendant] will submit, with respect to any challenges to a decision in the administrative proceeding canceling or transferring the domain name, to the jurisdiction of the courts in at least one specified Mutual Jurisdiction." "Mutual Jurisdiction" is defined as "a court jurisdiction at the location of either (a) the principal office of the Registrar (provided the domain-name holder has submitted in its Registration Agreement to that jurisdiction for court adjudication of disputes

concerning or arising from the use of the domain name) or (b) the domain-name holder's address as shown for the registration of the domain name in Registrar's Whois database at the time the complaint is submitted to the Provider." In the instant case the listed owner information of the disputed domain makes Pompano Beach Florida the location.

6.  Although the DOMAIN is properly owned by Plaintiff, whereby Plaintiff is a Minnesota limited liability company, the registration of the DOMAIN by Plaintiff, does list an address in Pompano Beach Florida. Exhibit A

## COMMON ALLEGATIONS

7. On or about June 15, 2015, Plaintiff secured registration of the domain <casasbahia.com> after purchasing it in an online auction through Dropcatch.com.

8. On or about July 27, 2015 Defendant issued a Complaint under the UDRP challenging Plaintiff's registration of the DOMAIN.

9. On or about October 17, 2015, a panel appointed by WIPO, a treaty organization located in Geneva, Switzerland, rendered a UDRP decision directing the current Registrar, NameBright, to transfer the DOMAIN to Defendant.

10. The UDRP provides that such UDRP decision :

"[ . . .] shall not prevent either you or the complainant from submitting the dispute to a court of competent jurisdiction for independent resolution before such mandatory administrative proceeding is commenced or after such proceeding is concluded."

11. Plaintiff owns and has used the DOMAIN in good faith since its registration.

12.  Plaintiff has developed a large portfolio of domain names, including two-word domain names, incorporating common words, acronyms, generic dictionary words, phrases, topics, and geolocations, some of which are offered for sale to the general public.

13. Plaintiff does not engage in outbound domain sales. That is, it does not send outbound

emails, call third parties, or make any other outbound communication unless it receives an inquiry first initiated by an inbound party.

14. Plaintiff had no knowledge of Defendant at the time <casasbahia.com> was registered.

15. Prior to being notified of a dispute by Defendant, Plaintiff, had no actual knowledge of the existence of Defendant, nor any alleged trademark rights it makes claim to.

16. On information and belief, Defendant does not engage in interstate commerce in the United States of America in any manner, and certainly not in connection with the term or mark "casas bahia." On information and belief, Defendant does not engage in interstate commerce in connection with the sale, rental, or leasing of houses or bay houses.

16. Upon information and belief, Defendant has no common law nor U.S. federal trademark rights in the generic term "casas bahia."

17. After the UDRP decision was issued, Plaintiff investigated and found out that Defendant has two U.S. Trademark Applications, which have not matured into registrations, namely Ser. Nos. 86023975 and 86024000.

18. Both of the trademark applications filed by Defendant include a disclaimer of the word "bahia." Both of the trademark applications filed by Defendant include a translation for "casas" to mean "houses."

19. The term "casas bahia" is a generic two word term, that when translated means "bay houses." This generic term has application in many areas including commercial sale or rental of real estate, houses, condominiums and/or hotels.

20. Once registered, a domain name is not required to be tied to an active website, be capable of receiving e-mail at the address or otherwise be functional. Nonetheless, there are numerous ways in which domain names may be commercially used.

21. Plaintiff's registration and use of the DOMAIN is a legitimate business practice on the

internet, whereby it finds and acquires domain names corresponding to common words, phrases, first names, surnames, colloquialisms and generic terms, such as "casas" or "bahia". These generic domains are then used to drive traffic to a corresponding landing page, which is populated by syndicated advertisements by Google, Yahoo or some other search engine. Alternatively, domain names can simply collect and re-direct traffic resulting to these websites as a result of links from search engines, which traffic consistently increases in accordance with the lifespan of the domain in question due to the manner in which search engine catalogues of sites are maintained and developed.

22. Plaintiff has owned the singular version generic domain <casabahia.com> since July, 2012. Exhibit B.

23. Many domains in the world incorporate one or both of the generic terms "casas" and "bahia". In fact many companies are using both of these words in their business names and websites such as <casabahia6.com>, a villa that can be rented out, and <casabahiahotel.com>, which is a hotel.

24. The DOMAIN is the plural of the Plaintiff's domain <casabahia.com> which was initially registered on May 24, 2000 and owned by Plaintiff since July of 2012. In June 2015 the Plaintiff purchased the plural domain version <casasbahia.com>, since Plaintiff already owned the singular domain <casabahia.com.> Holding generic domains for possible future sale is not evidence of "bad faith" registration.

25. There is no dispute that the Plaintiff owned the singular paired generic domain name <casabahia.com> before the Defendant's U.S Trademark applications were filed, and therefore did not act in bad faith by registering the plural version <casasbahia.com>. Plaintiff did not register, traffic or use the DOMAIN in "bad faith".

26. For these reasons, Plaintiff contests the ruling of the WIPO panel and seeks a declaration by this Court that its registration and use of the DOMAIN is not unlawful.

## COUNT 1

## DECLARATORY RELIEF

27. Direct Niche, LLC hereby incorporates the allegations of paragraphs 1 through 26 as if set forth here in full.

28. Plaintiff's registration or use of the DOMAIN does not violate Defendant's rights under the Lanham Act.

29. In registering the DOMAIN, Plaintiff did not have "bad faith intent," as provided in 15 U.S.C. 1125(d)(l)(A)(i), to profit from any alleged rights claimed by Defendant.

30. At the time Plaintiff registered the DOMAIN, the Defendant's alleged mark was neither "distinctive" nor "famous" as provided under 15 U.S.C. 1125(d)(1)(A)(ii).

31. Plaintiff had reasonable grounds to believe that its registration and/or use of the Domain Names was a fair use or otherwise lawful, as provided in 15 U.S.C. 1125(d)(l)(B)(ii) in accordance with the generic meaning and translation of "casas bahia".

32. Defendant specifically disclaims exclusive rights to the term "bahia" in connection with any alleged trade or service mark under the Lanham Act.

33. Defendant's claimed mark is not used, and is certainly not famous, in the U.S.

34. Plaintiffs registration and use of the DOMAIN does not, and is not likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection or association of Plaintiff with Defendant, or as to the origin, sponsorship, or approval of Plaintiff's goods, services, or commercial activities by Defendant, of which none exist in the U.S.

35. Plaintiffs registration and use of the DOMAIN do not misrepresent the nature, characteristics, qualities, or geographic origin of Plaintiffs or Defendant's goods, services, or commercial activities.

36. Plaintiff seeks a declaration that its registration and use of <casasbahia.com> is lawful.

37. Plaintiff is and will be irreparably harmed if the <casasbahia.com> domain is transferred to Defendant.

38. The DOMAIN is not identical, confusingly similar to, or dilutive of Defendant's claimed rights in any mark or term "casas bahia" as contemplated by 15 U.S.C. § 1125(d)(1)(A)(ii).

39. Plaintiff believed and had reasonable grounds to believe that its registration and use of the DOMAIN was a fair use or otherwise lawful use.

40. Plaintiff's registration and use of the DOMAIN does not violate federal trademark law and is wholly permissible under both federal and state trademark laws.

41. In connection with the registration of the DOMAIN, Plaintiff had no bad faith intent to profit from Defendant's non-existent trademark rights in the term "casas bahia" for any product or service of Defendant, as contemplated by 15 U.S.C. § 1125(d)(1)(A)(i).

42. Defendant has no U.S. based federal or common law rights in the term "casas bahia" and Plaintiff neither had nor has any intent to divert consumers from Plaintiff's online location to a site that could harm any goodwill represented by Defendant's non-existent mark, either for commercial gain or with the intent to tarnish or disparage the non-existent mark, by creating a likelihood of confusion as to the source, sponsorship, affiliation, or endorsement of the site.

43. The DOMAIN contains no mark that is either distinctive or famous within the meaning of 15 U.S.C. § 1125(c).

44. As required by 15 U.S.C. § 1114(2)(D)(v), Plaintiff has given notice to Defendant of Plaintiff's intent to file an action to establish that its registration and use of the DOMAIN is not unlawful under the Anticybersquatting Consumer Protection Act.

## **RELIEF REQUESTED**

**WHEREFORE, plaintiff respectfully requests judgment against Defendant as follows**:

    A. Declaration by the Court, pursuant to 28 U.S.C. §2201, that plaintiff's registration, ownership and use of the <casasbahia.com> Domain Name and is lawful and proper and does not infringe on any right the Defendant may claim in the United States;

    B. Declaration that the Plaintiff is not required to transfer the <casasbahia.com> domain name to the Defendant;

    C. Enter a permanent injunction enjoining the Registrar from transferring the <casasbahia.com> domain name to Defendant;

    D. Enter a permanent injunction enjoining Defendant not to accept a transfer of the domain name <casasbahia.com> or claiming ownership thereof;

    E. Grant cost and expenses, including costs under 15 U.S.C. 1114(2)(D)(iv)-(v) and reasonable attorney's fees;

    F. As this is an action "involving a violation of 15 USC 1125(d)(l)" by way of determining that no such violation in fact has occurred, "an award of statutory damages in the amount of not less than $1,000 and not more than $100,000 per domain name, as the court considers just" as provided under 15 USC 1117(d);

    G. Award Plaintiff such other relief as the Court deems just and proper.

    Plaintiff demands a trial by jury.

November 5, 2015                                /s/Darren Spielman
                                                    Darren Spielman (FL Bar 010868)
                                                    dspielman@complexip.com
                                                    Robert Kain (FL Bar 266760)

rkain@complexip.com
Kain Spielman, P.A.
900 SE 3rd Ave. Suite, 205
Ft. Lauderdale, FL 33316
Tel: 954-768-9002
Fax: 954-768-0158
Attorneys for Plaintiff

Home > Whois Lookup > CasasBahia.com

## Whois Record for CasasBahia.com

Find out more about Project Whois and DomainTools for Windows.

### Related Domains For Sale or At Auction

| | |
|---|---|
| BahiaBeach.com ($980) | BahiaSolano.com ($10,000) |
| BahiaRestaurant.com ($2,388) | BahiaMusic.com ($988) |
| BahiaBrasil.com ($4,695) | BahiaBay.com ($2,995) |

1 2 3 More >

### Whois & Quick Stats

| | |
|---|---|
| Email | abuse@namebright.com is associated with ~1,899,285 domains<br>directniche33@gmail.com |
| Registrant Org | Direct Niche LLC is associated with ~28 other domains |
| Registrar | DROPCATCH.COM 421 LLC |
| Registrar Status | clientTransferProhibited |
| Dates | Created on 2015-06-10 - Expires on 2018-06-10 - Updated on 2015-08-14 |
| Name Server(s) | NS1.ABOVE.COM (has 250,019 domains)<br>NS2.ABOVE.COM (has 250,019 domains) |
| IP Address | 103.224.182.252 - 7,214 other sites hosted on this server |
| IP Location | - Victoria - Beaumaris - Trellian Pty. Limited |
| ASN | AS133618 TRELLIAN-AS-AP Trellian Pty. Limited (registered Aug 04, 2014) |
| Domain Status | Registered And Active Website |
| Whois History | 133 records have been archived since 2004-07-26 |
| IP History | 31 changes on 17 unique IP addresses over 11 years |
| Registrar History | 2 registrars with 1 drop |
| Hosting History | 19 changes on 13 unique name servers over 13 years |
| Whois Server | whois.namebright.com |

### Website

| | |
|---|---|
| Website Title | casas-bahia.org |
| Server Type | Apache |
| Response Code | 200 |
| SEO Score | 49% |
| Terms | 4 (Unique: 4, Linked: 4) |

EXHIBIT A

| Images | 0 (Alt tags missing: 0) |
|---|---|
| Links | 1 (Internal: 0, Outbound: 1) |

## Whois Record ( last updated on 2015-11-05 )

```
Domain Name: CasasBahia.com
Registry Domain ID: 1937422569_DOMAIN_COM-VRSN
Registrar WHOIS server: whois.NameBright.com
Registrar URL: http://www.NameBright.com
Updated Date: 2015-08-14T00:00:00.000Z
Creation Date: 2015-06-10T18:36:40.000Z
Registrar Registration Expiration Date: 2018-06-10T00:00:00.000Z
Registrar: DropCatch.com 421 LLC
Registrar IANA ID: 1832
Registrar Abuse Contact Email: abuse@namebright.com
Registrar Abuse Contact Phone: +1.720.496.0020
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Domain Admin
Registrant Organization: Direct Niche LLC
Registrant Street: 27 SW 22th Ave, Suite 102
Registrant City: Pompano Beach
Registrant State/Province: FL
Registrant Postal Code: 33069
Registrant Country: US
Registrant Phone: +19549848545
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: directniche33@gmail.com
Registry Admin ID:
Admin Name: Domain Admin
Admin Organization: Direct Niche LLC
Admin Street: 27 SW 22th Ave, Suite 102
Admin City: Pompano Beach
Admin State/Province: FL
Admin Postal Code: 33069
Admin Country: US
Admin Phone: +19549848545
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: directniche33@gmail.com
Registry Tech ID:
Tech Name: Domain Admin
Tech Organization: Direct Niche LLC
Tech Street: 27 SW 22th Ave, Suite 102
Tech City: Pompano Beach
Tech State/Province: FL
Tech Postal Code: 33069
Tech Country: US
Tech Phone: +19549848545
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: directniche33@gmail.com
Name Server: ns1.above.com
Name Server: ns2.above.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net
```

## Tools

| Whois History |  |
|---|---|
| Hosting History |  |
| Monitor Domain Properties | ▼ |
| Reverse Whois Lookup | ▼ |
| Reverse IP Address Lookup | ▼ |

EXHIBIT A

| Reverse Name Server Lookup | ▼ |
|---|---|
| Network Tools | ▼ |

| Buy This Domain ▼ |
|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|



| View Screenshot History |
|---|

## Available TLDs

| **General TLDs** | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| CasasBahia.com | View Whois |
|---|---|
| CasasBahia.net | View Whois |
| CasasBahia.org | Buy Domain |
| CasasBahia.info | Buy Domain |
| CasasBahia.biz | View Whois |
| CasasBahia.us | View Whois |



EXHIBIT A

Sitemap  Blog  Terms of Service  Privacy Policy  Contact Us  Domain News  © 2015 DomainTools

EXHIBIT A

Home > Whois Lookup > CasaBahia.com

# Whois Record for CasaBahia.com

Find out more about Project Whois and DomainTools for Windows.

### Related Domains For Sale or At Auction

| | |
|---|---|
| PizzeriaBahia.com ($1,288) | MiBahia.com ($2,595) |
| MaisonBahia.com ($1,995) | BrasilBahia.com ($2,195) |
| BahiaTech.com ($1,795) | BahiaSuites.com ($869) |

1  2  3
More >

## ▬ Whois & Quick Stats

| | |
|---|---|
| **Email** | abuse@above.com is associated with ~109,619 domains<br>directniche33@gmail.com |
| **Registrant Org** | Direct Niche LLC is associated with ~28 other domains |
| **Registrar** | ABOVE.COM PTY LTD. |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | Created on 2000-05-24 - Expires on 2016-05-24 - Updated on 2015-09-13 |
| **Name Server(s)** | NS1.ABOVE.COM (has 250,019 domains)<br>NS2.ABOVE.COM (has 250,019 domains) |
| **IP Address** | 103.224.182.252 - 7,214 other sites hosted on this server |
| **IP Location** | - Victoria - Beaumaris - Trellian Pty. Limited |
| **ASN** | AS133618 TRELLIAN-AS-AP Trellian Pty. Limited (registered Aug 04, 2014) |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 82 records have been archived since 2007-07-07 |
| **IP History** | 26 changes on 18 unique IP addresses over 9 years |
| **Registrar History** | 3 registrars with 2 drops |
| **Hosting History** | 9 changes on 7 unique name servers over 5 years |
| **Whois Server** | whois.above.com |

## ▬ Website

| | |
|---|---|
| **Website Title** | casas-bahia.org |
| **Server Type** | domainserver |
| **Response Code** | 200 |
| **SEO Score** | 49% |
| **Terms** | 4 (Unique: 4, Linked: 4) |

EXHIBIT B

| Images | 0 (Alt tags missing: 0) |
|---|---|
| Links  | 1  (Internal: 0, Outbound: 1) |

Whois Record ( last updated on 2015-11-05 )

```
Domain Name: CASABAHIA.COM
Registry Domain ID: 27717131_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.above.com
Registrar URL: http://www.above.com
Updated Date: 2013-03-09 13:05:02.450308+11
Creation Date: 2000-05-24 07:34:30+10
Registrar Registration Expiration Date: 2016-05-24 07:34:30+10
Registrar: ABOVE.COM PTY LTD.
Registrar IANA ID: 940
Registrar Abuse Contact Email: abuse@above.com
Registrar Abuse Contact Phone: +61.390164107
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferPr
ohibited
Registry Registrant ID: 16619
Registrant Name: Domain Admin
Registrant Organization: Direct Niche LLC
Registrant Street:  5115 Excelsior Blvd
Registrant City: Minneapolis
Registrant State/Province: MN
Registrant Postal Code: 55416
Registrant Country: US
Registrant Phone: 1.6125671742
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: directniche33@gmail.com
Registry Admin ID: 16619
Admin Name: Domain Admin
Admin Organization: Direct Niche LLC
Admin Street:  5115 Excelsior Blvd
Admin City: Minneapolis
Admin State/Province: MN
Admin Postal Code: 55416
Admin Country: US
Admin Phone: 1.6125671742
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: directniche33@gmail.com
Registry Tech ID: 16619
Tech Name: Domain Admin
Tech Organization: Direct Niche LLC
Tech Street:  5115 Excelsior Blvd
Tech City: Minneapolis
Tech State/Province: MN
Tech Postal Code: 55416
Tech Country: US
Tech Phone: 1.6125671742
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: directniche33@gmail.com
Name Server: ns1.above.com
Name Server: ns2.above.com

     The data in this whois database is provided to you for information purposes o
nly, that is,
to assist you in obtaining information about or related to a domain name registra
tion record.
We make this information available "as is", and do not guarantee its accuracy. By
 submitting a
whois query, you agree that you will use this data only for lawful purposes and t
hat, under no
circumstances will you use this data to: (1) enable high volume, automated, elect
ronic
processes that stress or load this whois database system providing you this infor
mation; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited, com
mercial
```

EXHIBIT B

```
advertising or solicitations via direct mail, electronic mail, or by telephone. T
he
compilation, repackaging, dissemination or other use of this data is expressly pr
ohibited
without prior written consent from us. The Registrar of record is Above.com, Pty.
 Ltd. We
reserve the right to modify these terms at any time. By submitting this query, yo
u agree to
abide by these terms. For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en
```

## Tools

| Whois History |
| --- |
| Hosting History |
| Monitor Domain Properties ▼ |
| Reverse Whois Lookup ▼ |
| Reverse IP Address Lookup ▼ |
| Reverse Name Server Lookup ▼ |
| Network Tools ▼ |
| Buy This Domain ▼ |
| Visit Website |

⬇ Preview the Full Domain Report



View Screenshot History

## Available TLDs

**General TLDs**   Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| CasaBahia.com | View Whois |
| --- | --- |
| CasaBahia.net | View Whois |
| CasaBahia.org | Buy Domain |
| CasaBahia.info | View Whois |
| CasaBahia.biz | Buy Domain |
| CasaBahia.us | Buy Domain |

EXHIBIT B



Sitemap    Blog    Terms of Service    Privacy Policy    Contact Us    Domain News        © 2015 DomainTools

EXHIBIT B